# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin "Ole" Johnson and Jessica Johnson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:07-cv-070 |
| Hubbard Feeds, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a "Joint Motion and Stipulation for Dismissal" filed on December 4, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 19) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court